JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL DELVA, | CASE NO. CV 22-6384-MWF(Ex) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION** |
| CITY OF BURBANK; BURBANK POLICE DEPARTMENT OFFICER EION MCDONALD, SERIAL NO. 15550; BURBANK POLICE DEPARTMENT OFFICER HARRY MARKEY, SERIAL NO. 13208, AND DOES 1-10, | |
| Defendants. | |

Based upon the parties' Stipulation for Dismissal of the Entire Action, with prejudice, IT IS HEREBY ORDERED that this entire action is DISMISSED with prejudice. Each party to bear their own attorney's fees and costs. All dates are VACATED. The Clerk of Court shall close this case.

IT IS SO ORDERED this 31st day of October, 2022.

_____
MICHAEL W. FITZGERALD
United States District Judge